AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Antoon II, John | 2. Court or Organization<br><br>U.S. District Court, FLMD | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>401 W. Central Blvd., Ste 6650<br>Orlando, Florida 32801-0665 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Historical Society of United States District Court, Middle District of Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 12: 48 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Florida Pension | $ 55367.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2007 Eleventh Circuit Judicial Conference | May 2, 2007-May 4, 2007 | Atlanta, Georgia | Business/Seminar | Transportation, Lodging, Meals, Parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Ken Smith, neighbor | 2 tickets to Hospital Trauma Center Benefit | |
| 2. William Glenn Roy, Jr. | Used Shotgun | $ 300.00 |
| 3. Robert Donaldson | Airplane ride to the Bahama Islands | $ 360.00 |
| 4. Gregory Presnell | Lodging in the Bahama Islands | $ 600.00 |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Economy -Edu IRA | A | Dividend | J | T | | | | | |
| 2. New Perspective - Edu IRA | A | Dividend | J | T | | | | | |
| 3. Washington Mutual - Educ IRA | A | Dividend | J | T | | | | | |
| 4. New Economy - Roth IRA | A | Dividend | J | T | | | | | |
| 5. New Perspective - Roth IRA | A | Dividend | J | T | | | | | |
| 6. New Perspective - Roth IRA | A | Dividend | J | T | | | | | |
| 7. Washington Mutual - Roth IRA | A | Dividend | J | T | | | | | |
| 8. State of Florida Pension (value unascertainable) | | | | | | | | | |
| 9. Selected American Shares Cl S | A | Dividend | J | T | | | | | |
| 10. RVS Diversified Bond Fund Class A | | None | J | T | | | | | |
| 11. RVS Strategic Allocation Fund | | None | K | T | | | | | |
| 12. RVS Large Cap Equity Fund Class A | | None | J | T | | | | | |
| 13. Alliance Cap Savings Acct for college | | None | K | T | | | | | |
| 14. Sun Trust Savings Acct. | A | Interest | K | T | | | | | |
| 15. Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 16. Premium Savings Acct. - Wachovia Bank | A | Interest | J | T | | | | | |
| 17. i shares TR Lehman US Aggregate | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  i shares Tr Russell 2000 Gr | B | Dividend | J | T | | | | | |
| 19.  Dodge & Cox Int'l Stock Fund | D | Dividend | K | T | | | | | |
| 20.  i shares Tr Russell 2000 Value Fund | A | Dividend | J | T | | | | | |
| 21.  Pimco Commodity Real Return Fund Inst. | B | Dividend | K | T | | | | | |
| 22.  Harbor Bond Inst. | B | Dividend | L | T | | | | | |
| 23.  T. Rowe Price Int'l Bond | A | Dividend | K | T | | | | | |
| 24.  TCW Galileo DIV Focus | | None | K | T | | | | | |
| 25.  Vanguard Growth Fund | D | Dividend | K | T | | | | | |
| 26.  Fidelity Cash Reserve | | None | J | T | | | | | |
| 27.  i shares Tr Russell 1000 Growth Fund | B | Dividend | J | T | | | | | |
| 28.  i shares Tr Russell 1000 Value Fund | B | Dividend | K | T | | | | | |
| 29.  i shares Tr Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 30.  Real Estate Orange County | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Reference Part V, line 1 - My neighbor invited me to sit at his table as part of a benefit for the local hospital trauma center. He is on the board of directors of the center and is a sponsor. Dinner was served. I do not know the cost.

Note 2: Reference Part V, line 2 - William Glenn Roy, Jr., is a high school teammate. He is a lawyer but does not handle any federal cases and has never appeared before me. The shotgun was manufactured in Japan and, according to Mr. Roy, it had an original retail value of approximately $600.00. The shotgun is used and is approximately 10 years old. I do not know the current value.

Note 3: Reference Part V, line 3 - Mr. Donaldson is a friend. We vacationed together for several days in the Bahama Islands. I, along with others, traveled from Orlando, Florida to Marsh Harbour, Bahama Islands in Mr. Donaldson's airplane. We also made the return trip in the airplane. I believe that commercial transportation would have cost approximately $360.00.

Note 4: Reference Part V, line 4 - Gregory A. Presnell is a U.S. District Judge in the Middle District of Florida. I, along with others, stayed several days at a residence he rented in the Bahama Islands. I estimate the value of the accomodations to be between $600.00 and $800.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544